UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
CASE NO. 0:17-cv-60813-MGC

JANET HOYT,

                Plaintiff,

vs.

HIDEAWAY MANAGEMENT, LLC d/b/a
BOATHOUSE MARINE CENTER

                Defendant.
_____/

## DEFENDANT'S NOTICE OF PENDING SETTLEMENT

      Defendant, HIDEAWAY MANAGEMENT, LLC d/b/a BOATHOUSE MARINE CENTER ("Defendant"), pursuant to Local Rule 16.2(f)(2), by and through undersigned counsel hereby gives notice that Plaintiff and Defendant have reached an agreement for settlement, and are in the process of finalizing the settlement documents. The parties respectfully requests twenty-one (21) days to finalize the settlement documents and file proper pleadings to close this matter out.

Dated: July 7, 2017.

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on the 7th day of July, 2017 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel if record identified below in the manner specified, either via transmission of the Notice of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                      /s/ Eric J. Strauss
                                                      EStrauss@bmulaw.com

2

**SERVICE LIST**

Jason S. Weiss and Zachary W. Smith
Weiss Law Group, P.A.
5531 N University Drive, Suite 103
Coral Springs, FL 33067
Tel. (954) 573-2800
Fax (954) 573-2798
Jason@jswlawyer.com
Zach@jswlawyer.com

                                      Respectfully submitted,
                                      **Beighley, Myrick, Udell & Lynne, P.A.**
2255 Glades Road, Suite 335W
Boca Raton, FL 33431
Telephone (561) 549-9036
Facsímile   (561) 549-9040
Primary Email: notice66@bmulaw.com
Secondary Email: estrauss@bmulaw.com

/s/ Eric J. Strauss
Eric J. Strauss, Esq.
Florida Bar No. 100043